UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

| | |
|---|---|
| CEDRIC CHARLES and<br>LAQUANTA CHARLES | PLAINTIFFS |
| VERSUS | CIVIL ACTION NO. 1:25-CV-211-TBM-RPM |
| KELLY SERVICES, INC. et al | DEFENDANTS |

## ORDER GRANTING MOTION TO STAY PROCEEDINGS

Plaintiffs Cedric and Laquanta Charles filed on June 5, 2025, a complaint alleging Defendants Kelly Services, Inc. and Harrison County School District (HCSD) violated Plaintiffs' contractual and constitutional rights. Defendants removed the matter to this Court based on federal question jurisdiction. [1]. In its answer, Defendant HCSD has asserted a sovereign immunity defense. In its motion for summary judgment, HCSD argues it is immune from Mrs. Charles' state law claims. [15]. Defendants HCSD and Kelly Services, Inc. have filed a motion to compel arbitration on Mr. Charles' claims, to dismiss Mrs. Charles' claims, and to stay this action pending the outcome of the arbitration proceeding. [8]. Plaintiff argues that any stay should be narrowly limited to state-law tort claims

Defendant HCSD requests a stay pursuant to L.U.Civ.R. 16(b)(3)(B), which provides that the filing of an immunity defense or a motion to compel arbitration "stays the attorney conference, disclosure requirements and all discovery not related to the issue pending the Court's ruling on the motion…." Given the pending motion to compel on Mr. Charles' claims and the pending motions on Mrs. Charles' claims, the Court finds the threshold issues raised in Defendants' motions should be resolved before permitting discovery to proceed. Accordingly,

the Court finds the motion to stay should be granted; all proceedings are hereby stayed pending resolution of Defendants' motion for summary judgment and motion to compel arbitration. L.U.Civ.R. 16(b)(3)(B).

    IT IS THEREFORE ORDERED AND ADJUDGED that the [10] Motion to Stay Proceedings is GRANTED.

    SO ORDERED AND ADJUDGED, this the 25h day of September 2025.

/s/ *Robert P. Myers, Jr.*
ROBERT P. MYERS, JR.
UNITED STATES MAGISTRATE JUDGE